IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RENEE GUERRERO,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-20-CA-147-FB |
| | § | |
| **CAPITAL ONE BANK USA, NATIONAL ASSOCIATION and EQUIFAX INFORMATION SERVICES, LLC,** | § § § § | |
| | § | |
| Defendants. | § | |

### ORDER ACKNOWLEDGING SETTLEMENT, STAYING ALL PRETRIAL DEADLINES, DENYING ALL PENDING MOTIONS, CANCELING ALL SETTINGS AND REQUESTING FILING OF AN AGREED ORDER

In response to the Order and Advisory issued by the Court on October 19, 2020 (docket #23), plaintiff has informed the Court by an Advisory filed November 1, 2020 (docket #24), that plaintiff and the remaining defendant Equifax Information Services, LLC have reached a settlement in this case and are processing paperwork to effectuate the agreement. Therefore, it is hereby ORDERED that:

1) The parties shall submit their settlement papers or stipulation of dismissal and any appropriate supporting documents on or before **November 25, 2020.**[1] Should the parties be unable to submit those documents by that date, the party unable to meet the deadline should move for an extension of time to file the documents. Otherwise, the Court may dismiss the case for failure to prosecute and/or failure to follow a Court order. FED. R. CIV. P. 16(f), 41(b).

2) All pretrial deadlines, if any, are hereby STAYED. If the parties fail to meet the above deadline, or are unable to finalize their settlement, the Court will set new pretrial deadlines, accelerated to account for the delay.

3) All motions pending in this action between plaintiff and defendant, if any, are DENIED, subject to reurging should the parties be unable to finalize their settlement of the case. **All previously scheduled settings, if any, are hereby CANCELED**.

No extensions of the above deadline shall be granted except upon a showing of good cause.

It is so ORDERED.

SIGNED this 3rd day of November, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] In its Order and Advisory, the Court requested that if the parties could not submit their settlement papers by the October 30, 2020, deadline for responding to the Order, they were to advise when those papers would be filed. Because no date was provided in plaintiff's Advisory, the Court chose the deadline set forth herein.