IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RENEE GUERRERO,** | § | |
| | § | |
|    **Plaintiff,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-20-CA-147-FB |
| | § | |
| **CAPITAL ONE BANK USA, NATIONAL** | § | |
| **ASSOCIATION and EQUIFAX** | § | |
| **INFORMATION SERVICES, LLC,** | § | |
| | § | |
|    **Defendants.** | § | |

## *ORDER OF DISMISSAL AND JUDGMENT*

The Court has considered the status of the above styled and referenced cause. In response to the Order and Advisory issued by the Court on October 19, 2020 (docket #23), plaintiff informed the Court by an Advisory filed November 1, 2020 (docket #24), that plaintiff and the remaining defendant Equifax Information Services, LLC (hereinafter "remaining defendant") had reached a settlement in this case and were in the process of completing the paperwork to effectuate the agreement but did not provide to the Court, as requested, the date on which the settlement papers or stipulation of dismissal would be filed (docket #23 at footnote 2). As a result, the Court entered its Order Acknowledging Settlement, Staying all Pretrial Deadlines, Denying all Pending Motions, Canceling all Settings and Requesting Filing of an Agreed Order on November 3, 2020 (docket #25). That order specifically provided, in part, as follows:

> The parties shall submit their settlement papers or stipulation of dismissal and any appropriate supporting documents on or before **November 25, 2020.**[1] Should the parties be unable to submit those documents by that date, the party unable to meet the deadline should move for an extension of time to file the documents. Otherwise, the Court may dismiss the case for failure to prosecute and/or failure to follow a Court order. FED. R. CIV. P. 16(f), 41(b).

To date, no settlement papers have been filed nor has an extension of time to file the documents been requested.

---

[1] In its Order and Advisory, the Court requested that if the parties could not submit their settlement papers by the October 30, 2020, deadline for responding to the Order, they were to advise when those papers would be filed. Because no date was provided in plaintiff's Advisory, the Court chose the deadline set forth herein.

Because the plaintiff and the remaining defendant have failed to respond to the Court's order, the Court finds the case should be dismissed for lack of prosecution and/or failure to comply with a court order. *Hickman v. Fox Television Station, Inc.*, 231 F.R.D. 248, 252 (S.D. Tex. 2005) ("Rule 41(b) of the Federal Rules of Civil Procedure permits a district court to dismiss a case for want or prosecution or failure to comply with a court order. The court's authority in this regard stems from its inherent power to control its docket and prevent undue delays in the disposition of pending cases."). Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's case is DISMISSED WITHOUT PREJUDICE as to the remaining defendant pursuant to FED. R. CIV. P. 41 for failure to comply with this Court's order and for failure to prosecute.

IT IS FURTHER ORDERED that because this dismissal is without prejudice, it is subject to any party moving to reopen the case on or before **Monday, December 14, 2020**, if the settlement has not been finalized or to allow the plaintiff and the remaining defendant more time to execute the settlement. Unless a motion to reopen is filed by the aforementioned deadline and is granted by this Court, the case between plaintiff and the remaining defendant will be considered DISMISSED WITH PREJUDICE after December 14, 2020, without further order of the Court.

IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is now CLOSED.[2]

It is so ORDERED.

SIGNED this 30th day of November, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[2] Defendant Capital One Bank USA, National Association was dismissed from this case on April 29, 2020 (docket #17).